[No. 36101-5-I.    Division One.    August 26, 1996.]

M. ERIC BEARSCOVE, *Appellant*, v. THE CITY OF
AUBURN DISABILITY BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-14194-7, Nancy A. Holman, J., entered
January 27, 1995. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Grosse and Cox, JJ.

[No. 36338-7-I.    Division One.    August 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ARMANDO
ZAMUDIO, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 95-1-00126-5, David A. Nichols, J.,
entered March 20, 1995. *Reversed* by unpublished opinion
per Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 36408-1-I.    Division One.    August 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN
GARY NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03518-1, Norma Smith Huggins, J.,
entered April 3, 1995. *Affirmed* by unpublished opinion
per Kennedy, J., concurred in by Baker, C.J., and Coleman,
J.

[No. 36491-0-I.    Division One.    August 26, 1996.]

DONNA BODE, ET AL., *Appellants*, v. COUNTRY
COMPANIES INSURANCE AND INVESTMENT GROUP,
*Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-2-01232-1, Michael F. Moynihan, J.,
entered April 14, 1995. *Affirmed* by unpublished opinion
per Ellington, J., concurred in by Coleman and Grosse, JJ.